IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN R. SHIPLEY, Administrator of the Estate of JOHN E. SHIPLEY, II | : | CIVIL ACTION |
| v. | : | |
| THORATEC CORPORATION, et al | : | NO. 02-2918 |

### O R D E R

AND NOW, this _____ day of May, 2002, at the instance of the Court, this action is remanded to the Court of Common Pleas of Philadelphia County as the record does not disclose that defendant has received "the initial pleading setting forth the claim for relief upon which such action or proceeding is based ..." 28 U.S.C. § 1446(b).

_____
THOMAS N. O'NEILL, JR.,    J.